
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 3 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. NEIL MAGBAG SANTOS, DEFENDANT(S). | CASE NUMBER SACR09-221-JVS ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of _defendant_____, IT IS ORDERED that a detention hearing is set for _Wednesday, September 5_____, _2012_____, at _10:30_____ ☒a.m. / ☐p.m. before the Honorable _JEAN P. ROSENBLUTH_____, in Courtroom _6A_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/31/12_     _/s/ Jean Rosenbluth_     **JEAN P. ROSENBLUTH**
U.S. ~~District Judge~~/Magistrate Judge